# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**RECEIVED**

JUL 09 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Registration Number**

PA 2-243-667

**Effective Date of Registration:**
May 14, 2019

**Registration Decision Date:**
June 08, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Trip Thru Hell |
| **Content Title:** | Trip Thru Hell Part 1 |
| | Colorado Mourning |
| | Cold Spider |
| | Underground Music |
| | Sleepy Hollow Lane |
| | Smooth As Silk |
| | Trip Thru Hell Part 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1968 |
| **Date of 1st Publication:** | January 01, 1978 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISWC T9275121829 |

## Author

| | |
|---|---|
| **Author:** | Kenneth David Erwin |
| **Author Created:** | music, musical arrangement |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1947 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kenneth David Erwin |
| | 1013 Sunrise Beach Dr, Amery, WI, 54001, United States |

**SCANNED**
JUL 09 2021

U.S. DISTRICT COURT ST. PAUL

Page 1 of 2