**Gmail**

Ken <philosophydr@gmail.com>

**RECEIVED**

## YouTube Copyright Complaint Submission
1 message

JUL 09 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

YouTube Copyright <youtube-disputes+2zeijxxpjttcj07@google.com>
Reply-To: YouTube Copyright <youtube-disputes+2zeijxxpjttcj07@google.com>
To: philosophydr@gmail.com
Cc: ken@caquintet.com

Wed, Jun 16, 2021 at 2:02 PM



Hi C.A. Quintet,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): C.A. Quintet
Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth David Erwin
Your Title or Job Position (What is your authority to make this complaint?): I wrote/recorded
song own copyright and all publishing copyright PA0002243667, ASCAP ISWC number
T9275121807
Address:
1013 Sunrise Beach Dr
Amery, WI 54001
US
Username: C.A. Quintet
Email Address: philosophydr@gmail.com
Secondary Email Address: ken@caquintet.com
Phone: 612 710 8531

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=f3LJyW_dTz0
Describe the work allegedly infringed: My original song
  ○ Title of original song: Trip Thru Hell Part 1
  ○ Where does the content appear?
     The content appears in the targeted video from 40 to 4:00
     It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Kenneth David Erwin

**SCANNED**
JUL 09 2021
U.S. DISTRICT COURT ST. PAUL